IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LEE SEVERANCE,<br><br>                              Petitioner,<br><br>      v.<br><br>MIKE EVANS, Warden,<br><br>                              Respondent. | CIV S-06-1964 FCD KJM P<br><br>**ORDER** |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file an answer to Petitioner's application for writ of habeas corpus.

Dated: March 13, 2007.

_____
U.S. MAGISTRATE JUDGE

Order

1