1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  VICTOR LEE SEVERANCE,

11              Petitioner,              No. CIV S-06-1964 FCD KJM P

12       vs.

13  MIKE EVANS,

14              Respondent.             <u>ORDER</u>

15  _____/

16              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17  of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On June 17, 2009, the magistrate judge filed findings and recommendations

20  herein which were served on all parties and which contained notice to all parties that any

21  objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22  has filed objections to the findings and recommendations.[1]

23  _____

24       [1] In his objections, petitioner asserts that his attorney during the sanity phase of his trial
    failed to call certain witnesses or to present "valuable evidence."  (July 9, 2009, Objections to
    Magistrate Judge's Findings and Recommendations, at 2.)  To the extent petitioner is attempting
25  to raise a new claim of ineffective assistance of counsel in his objections, this court exercises its
    discretion not to consider any such claim.  <u>See</u>  <u>United States v. Howell</u>, 231 F.3d 615, 621 (9th
26  Cir. 2000) (a district court "has discretion, but is not required," to consider evidence and claims

                                        1

1            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

2    304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the

3    entire file, the court finds the findings and recommendations to be supported by the record and

4    by proper analysis.

5            Accordingly, IT IS HEREBY ORDERED that:

6            1.  The findings and recommendations filed June 17, 2009, are adopted in full;

7    and

8            2.  Petitioner's application for a writ of habeas corpus is denied.

9

10   DATED: July 31, 2009.

11

12                   FRANK C. DAMRELL, JR.

                  UNITED STATES DISTRICT JUDGE

---

25   raised for the first time in the objection to a magistrate judge's report).  <u>See</u> <u>also</u> <u>Brown v. Roe</u>,
26   279 F.3d 742, 745 (9th Cir. 2002) (same).  There is no basis in the record for a claim of
     ineffective assistance of counsel.